**94–2011.** BAS Investments v. Hamilton Cty. Bd. of Revision. *Hamilton County,* No. C–930636. Appellant has filed an untimely appeal from the court of appeals' decision entered on July 22, 1994. In that appellant has failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1),

1452

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed for lack of jurisdiction, effective September 20, 1994.